# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JENNIFER M. THOMAS,** *et al.*,

    Plaintiffs,

    v.

**RYDER TRUCK RENTAL, INC.,** *et al.*,

    Defendants.

Civil Action 2:24-cv-193
Judge James L. Graham
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Joint Motion to Vacate and/or Amend the June 10, 2024 Preliminary Pretrial Order. (ECF No. 41.) The parties seek to extend the case deadlines by approximately six months. (*Id.*) The Motion is **GRANTED**. The case schedule is hereby **AMENDED** as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery | April 25, 2025 | October 25, 2025 |
| Expert Reports | May 23, 2025 | November 24, 2025 |
| Rebuttal Reports | July 11, 2025 | January 12, 2026 |
| Dispositive Motions | October 18, 2025 | March 20, 2026 |
| Expert Discovery | September 1, 2025 | March 20, 2026 |

**IT IS SO ORDERED.**

Date: April 28, 2025

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**